# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                          NO. 2019 KW 1365

VERSUS

MICHAEL N. ROLLINS                                          DEC 2 3 2019

---

In Re:    Michael N. Rollins, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-19-06827.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED AS MOOT.**  The records of the East Baton Rouge Parish Clerk of Court show that relator pled guilty to misdemeanor theft on October 29, 2019.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT